SCWC-17-0000199

**Electronically Filed
Supreme Court
SCWC-17-0000199
04-DEC-2019
01:58 PM**

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DANIEL M. SANDOMIRE; KATY YEN-JU CHEN; TRUDI MELOHN,
individually and as Co-Trustee under the William Charles
Melohn III Revocable Trust dated June 4, 2010 and
Co-Trustee under the Trudi Melohn Revocable Trust dated
June 4, 2010; and WILLIAM CHARLES MELOHN III,
individually and as Co-Trustee under the William Charles
Melohn III Revocable Trust dated June 4, 2010 and
Co-Trustee under the Trudi Melohn Revocable Trust dated
June 4, 2010, Petitioners/Plaintiffs-Appellees,

vs.

DAVID EDWARD BROWN and LANHUA KAO BROWN,
Respondents/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000199; CIV. NO. 15-1-2267)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Plaintiffs-Appellees Application for Writ

of Certiorari, filed on October 11, 2019, is hereby rejected.

DATED: Honolulu, Hawaiʻi, December 4, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

